IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| JEFF WILLIS, on Behalf of Himself and All Others Similarly Situated, )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>STATE FARM GENERAL INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM LIFE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM HEALTH INSURANCE COMPANY, )<br>)<br>DEFENDANTS. | Civil Action No. 5:14-cv-00151-DCR<br><br>Hon. Danny C. Reeves |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULTED AND AGREED, PURSUANT to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for all parties, that the within action, including all claims and counterclaims herein, be and are hereby dismissed, *with prejudice* with each party to bear its own costs and attorney's fees.

DATED:      AUGUST 18, 2014

1

Respectfully submitted,

/s/ *Micah S. Adkins*
Micah S. Adkins (admitted PHV*)*
**THE ADKINS FIRM, PC**
The Kress Building
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone:      205-458-1202
Facsimile:       205-208-9632
Email:
MicahAdkins@ItsYourCreditReport.com

Robert S. Sola (admitted PHV)
**ROBERT S. SOLA, P.C**. 8835
SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone:     503-295-6880
Facsimile:      503-291-9172
Email:           rssola@msn.com
rssola@msn.com

Mark K. Gray, Esq.
**GRAY & WHITE**
713 East Market Street, Suite 200
Louisville, Kentucky 40202
Telephone: 502-805-1800
Facsimile: 502-618-4059
Email:
mgray@grayandwhitelaw.com
*Counsel for Plaintiff*

/s/ *Michael P. Kenny (with permission)*
Michael P. Kenny (admitted PHV)
mike.kenny@alston.com
Tiffany L. Powers (admitted PHV)
tiffany.powers@alston.com
Lisa Cassilly (admitted PHV)
lisa.cassilly@alston.com
Melissa Mahurin Whitehead (admitted PHV)
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: 404-881-7000
Fax: 404-881-7777
David Klapheke
dklapheke@bsg-law.com
**BOEHL, STOPHER, & GRAVES LLP**
400 West Market Street, Suite 2300
Louisville, Kentucky 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
*Counsel for State Farm Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL** was electronically filed with the Clerk of the Court on this 18th day of August, 2014, using the CM/ECF system, which will send notification of such filing to those participants in the CM/ECF system.

/s/ *Micah S. Adkins*
Micah S. Adkins