UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JEFF WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-151-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| STATE FARM GENERAL INSURANCE | ) | **ORDER OF DISMISSAL** |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties to this action having tendered a Joint Stipulation of Dismissal with Prejudice [Record No. 31], and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs, fees and expenses incurred in this proceeding.

This 19th day of August, 2014.

